**REVISED**

| | Debtor | Bankruptcy Case # | Notice of Appeal on Bankruptcy Court Docket # | Appeal Case # | Judge Assigned to Appeal | Order Appealed | Order Date | Notice of Appeal Date | Status |
|---|---|---|---|---|---|---|---|---|---|
| corn-05 | 231 Fourth Avenue Lyceum, LLC | 13-42125 | 79 & 81 | 14-02860 | Kuntz | Order granting motion to vacate automatic stay | 2/28/2014 | 3/26/2014 | Dismissed by order dated 12/4/14 |
| corn-13 | Eric Richmond | 14-41678 | 71 | 14-05957 | Cogan | Amended order vacating automatic stay | 8/13/2014 | 8/23/2014 | Dismissed by order dated 2/24/15 |
| corn-14 | 231 Fourth Avenue Lyceum, LLC | 13-42125 | 117 | 14-06557 | Cogan | Order dismissing case | 9/5/2014 | 9/22/2014 | Dismissed by order dated 2/24/15 |
| corn-15 | 231 Fourth Avenue Lyceum, LLC | 13-42125 | 127 | 14-07113 | Cogan | Order denying motion to reargue and reconsider order dismissing case | 9/29/2014 | 10/14/2014 | Dismissed by order dated 2/24/15 |
| corn-16 | Eric Richmond | 14-41678 | 120 | 14-07112 | Cogan | Order denying four motions to reargue order vacating automatic stay | 9/29/2014 | 10/14/2014 | Dismissed by order dated 2/24/15 |
| corn-17 | Eric Richmond | 14-41678 | 149 | 15-0447 | Kuntz | Order denying motions to reconsider October 10, 2014 order denying stay pending appeal | 10/31/2014 | 11/14/2014 | Record Docketed 1/29/15 |