**Stim & Warmuth, P.C.**
*Attorneys at Law*
2 EIGHTH STREET
*Farmingville, New York 11738*
www.stim-warmuth.com

PAULA J. WARMUTH
GLENN P. WARMUTH

JOSEPH D. STIM (1949-2003)

TELEPHONE 631-732-2000
FAX 631-732-2662

RECEIVED
HON. Brian M. Cogan
MAR 04 2015

DOCKET & FILE

February 26, 2015

JUDGE BRIAN M. COGAN
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

JUDGE WILLIAM F. KUNTZ, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: 231 Fourth Avenue Lyceum, LLC v. P.B. #7 LLC
    Case No. 14-cv-02860-wfk
    Case No. 14-cv-06557-bmc
    Case No. 14-cv-07113-bmc

Eric Richmond v. P.B. #7 LLC
    Case No. 14-cv-05957-bmc
    Case No. 14-cv-07112-bmc
    Case No. 15-cv-00447-wfk

Dear Judge Kuntz & Judge Cogan:

I am the attorney for P.B. #7 LLC ("P.B."). P.B. obtained a judgment of foreclosure in excess of $5,000,000 on real property in Brooklyn. That property was owned by 231 Fourth Avenue Lyceum, LLC ("Lyceum"). Lyceum is owned by Eric Richmond. Lyceum filed a Chapter 11 bankruptcy case in 2013. Lyceum filed three notices of appeal from orders of the bankruptcy court. Mr. Richmond filed a Chapter 13 bankruptcy case in 2014. Mr. Richmond filed three notices of appeal from orders of the bankruptcy court.

Appeal 14-02860 was dismissed by Judge Kuntz by order dated 12/4/14 for failure to timely file a brief.

February 26, 2015
JUDGE BRIAN M. COGAN
JUDGE WILLIAM F. KUNTZ, II
page 2

Appeals 14-05957, 14-06557, 14-07112 and 14-07113 were determined to be related and were all assigned to Judge Cogan. Those appeals were all dismissed as moot by order dated 2/24/15.

Appeal 15-cv-00447-wfk was recently assigned to Judge Kuntz. I am writing to advise the court that P.B. contends that appeal 14-cv-00447-wfk is related to the above listed appeals which were previously assigned to Judge Cogan. It is an appeal from an order denying motions to reconsider an order which denied an application for a stay pending appeal 14-05957. Absent a determination of relatedness there would be substantial duplication of effort as well as an undue burden on the Court and the parties. To assist you I have attached a chart of all of the motions and appeals.

Wherefore, it is respectfully requested that the Court treat these appeals as related.

Very truly yours,

GLENN P. WARMUTH/swi
cc: Office of the United States Trustee
    By Email: USTPRegion02.BR.ECF@usdoj.gov
  Eric H. Richmond (Debtor pro se in Chapter 13)
  David M. Blum, Esq.
    By Email: david@davidblumnyc.com
  Michael J. Macco, Esq.
    By Email: ecf@maccosternlaw.com
  William E. Curtin, Esq.
      By Email: william.e.curtin@usdoj.gov
corn-14

# REVISED

| | Debtor | Bankruptcy Case # | Notice of Appeal on Bankruptcy Court Docket # | Appeal Case # | Judge Assigned to Appeal | Order Appealed | Order Date | Notice of Appeal Date | Status |
|---|---|---|---|---|---|---|---|---|---|
| corn-05 | 231 Fourth Avenue Lyceum, LLC | 13-42125 | 79 & 81 | 14-02860 | Kuntz | Order granting motion to vacate automatic stay | 2/28/2014 | 3/26/2014 | Dismissed by order dated 12/4/14 |
| corn-13 | Eric Richmond | 14-41678 | 71 | 14-05957 | Cogan | Amended order vacating automatic stay | 8/13/2014 | 8/23/2014 | Dismissed by order dated 2/24/15 |
| corn-14 | 231 Fourth Avenue Lyceum, LLC | 13-42125 | 117 | 14-06557 | Cogan | Order dismissing case | 9/5/2014 | 9/22/2014 | Dismissed by order dated 2/24/15 |
| corn-15 | 231 Fourth Avenue Lyceum, LLC | 13-42125 | 127 | 14-07113 | Cogan | Order denying motion to reargue and reconsider order dismissing case | 9/29/2014 | 10/14/2014 | Dismissed by order dated 2/24/15 |
| corn-16 | Eric Richmond | 14-41678 | 120 | 14-07112 | Cogan | Order denying four motions to reargue order vacating automatic stay | 9/29/2014 | 10/14/2014 | Dismissed by order dated 2/24/15 |
| corn-17 | Eric Richmond | 14-41678 | 149 | 15-0447 | Kuntz | Order denying motions to reconsider October 10, 2014 order denying stay pending appeal | 10/31/2014 | 11/14/2014 | Record Docketed 1/29/15 |