STIM & WARMUTH, P.C.
2 Eighth Street
Farmingville, NY 11738
Telephone: 631-732-2000
Facsimile: 631-732-2662
Paula J. Warmuth
Glenn P. Warmuth

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------x  15-cv-00447-WFK
ERIC RICHMOND,

    Appellant,

P.B. #7 LLC,

    Appellee.
---------------------------x

## CERTIFICATE OF SERVICE

GLENN P. WARMUTH does hereby affirm under the penalties of perjury:

I am not a party to this action. I am over the age of 21 years. I reside at 83 Buffalo Avenue, Medford, NY 11763. I am duly admitted to practice law in the State of New York and in the Eastern District of New York.

On April 9, 2015, I served the declaration in opposition to motion to reconsider by mailing a true copy on April 9, 2015 to:

ERIC H. RICHMOND
Appellant Pro Se
227 4th Avenue
Brooklyn, NY 11215
646-256-9613

which address was designated by said attorney(s) or person(s), by depositing it enclosed in a postpaid properly addressed wrapper by first class mail [if excess of weight limit for first class mail, by priority mail] in the post office or official depository at Farmingville, New York State

corn-14

under the exclusive care and custody of the United States Postal Service and by electronically filing said document on this Court's CM/ECF filing system and emailing said document and the Notice of Electronic Filing to the following persons who have consented to electronic service:

Michael J. Macco on behalf of Trustee Michael J. Macco
ecf@maccosternlaw.com, jzarrilli@maccosternlaw.com

Office of the United States Trustee
USTPRegion02.BR.ECF@usdoj.gov

William E. Curtin, Esq., Office of the United States Trustee
william.e.curtin@usdoj.gov

Alicia M. Leonhard, Esq., alicia.m.leonhard@usdoj.gov

Andrew D. Velez-Rivera, Esq., andy.velez-rivera@usdoj.gov, avrdurand@gmail.com

David M. Blum, Esq., david@davidblumnyc.com

Dated: Farmingville, NY

    April 9, 2015

        STIM & WARMUTH, P.C.

      By:   /s/
      GLENN P. WARMUTH
      Attorney for
      P.B. #7 LLC
      2 Eighth Street
      Farmingville, NY 11738
      Telephone: 631-732-2000
      Facsimile: 631-732-2662
      Paula J. Warmuth
      Email: pjw@stim-warmuth.com
      Glenn P. Warmuth
      Email: gpw@stim-warmuth.com