UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ERIC H. RICHMOND,

                Appellant,

     -against-

P.B. #7, LLC,

                Appellee.
------------------------------------------------------------ X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 23 2015 ★
BROOKLYN OFFICE

15 Civ. 00447 (WFK)

## REQUEST FOR CASE / INDEX NUMBERS FOR ALL CASES EVER ASSIGNED, AT ANY POINT IN TIME, TO WILLIAM F. KUNTZ OR ANY MAGISTRATE REPORTING AT ANY TIME TO WILLIAM F. KUNTZ

    In light of a *sua sponte* dismissal with no actual physical order of cv-15-00447 (WFK) on March 4, 2015 absent any request to dismiss or any notice of intent to dismiss and the subsequent denial on April 9, 2015 of a FRCP Rule 59 / 60 motion to reconsider / vacate due to that clear lack of due process (notice and opportunity to be heard) without addressing any of the facts presented or arguments raised in the motion and with no actual physical order of that denial, it is hereby requested that the Eastern District Court provide for analysis in preparation of possible appeal, in machine readable format on CD, DVD or digital memory stick in csv, xls or txt format, a comprehensive list of any and all cases ever assigned, at any point in time, to District Court Judge or Magistrate Judge William F Kuntz and any and all cases ever assigned to a Magistrate Judge ever reporting to, at any point in time, District Court Judge William F Kuntz.

Dated: April 20, 2015

*[signature]*

Eric Richmond, Appellant, pro se
227 4th Avenue - Brooklyn, NY 11215
brooklynlyceum@gmail.com – (646) 256-9613

cc: Chief Justice Carol Bagley Amon, Chief Bankruptcy Justice Carla Craig, Justice Brian M. Cogan, Justice Carol Brodie, Michael Macco, Stim and Warmuth, Harvard Law School, University of Virginia Law School, University of Michigan Law School, Cornell Law School, University of Pennsylvania Law School, St. Francis College, University of Illinois at Champaign-Urbana, Harvard University, College of William and Mary, Williams College, NYU Law School, Brooklyn Law School, Columbia Law School, Fordham Law School, New York Times, New York Daily News, New York Post, Village Voice, New York Observer, New York Law Journal, Brooklyn Paper, Brooklyn Heights Blog, Brooklyn Eagle, ABC, NBC, CBS, NY1, CNN, NPR, 20/20, 60 MINUTES