RECEIVED
HON. Brian M. Cogan

MAY 07 2015

DOCKET & FILE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
in re:
     ERIC H. RICHMOND       14-41678 (CEC)
------------------------------------------------------------ X
in re:
     231 Fourth Avenue Lyceum, LLC       13-42125 (CEC)
------------------------------------------------------------ X

## REQUEST FOR INDEX NUMBERS FOR ALL CASES EVER ASSIGNED, AT ANY POINT IN TIME, TO CHIEF BANKRUPTCY JUSTICE CARLA M. CRAIG

In light of Judge Carla M. Craig's refusal to address the analysis, in a motion to reconsider, of the National Wholesale Liquidators Bankruptcy case used as the basis for a decision, use of half sentences from precedents, use of the same case for opposite findings as in prior cases, changing of the time period for filing papers from 7 days to 6 days without notice, failure to allow time for reply papers, repeated failure to abide by statutory minimum guidelines, repeated failure to address arguments presented, repeated failure to address cases cited supporting arguments presented, failure to state on the record a possible familial relationship with Troutman Sanders, failure to address alleged extrinsic fraud by Troutman Sanders as it related to Rooker Feldman, repeated failure to acknowledge papers filed in relation to motions, failure to address legally allowable papers and the willful feigned ignorance of the difference between date an order is signed and the date an order is entered, it is hereby requested that the Eastern District Bankruptcy Court provide for analysis in preparation of possible appeals and motions, in machine readable format on CD, DVD or digital memory stick in csv, xls or txt format, a comprehensive list of any and all cases ever assigned, at any point in time, to Bankruptcy Judge Carla Craig.

Dated: May 5, 2015

*Eric Richmond*

Eric Richmond, 231 Fourth Avenue Lyceum, LLC
227 4th Avenue - Brooklyn, NY 11215
brooklynlyceum@gmail.com – (646) 256-9613

cc: Chief Justice Carol Bagley Amon, Justice Brian M. Cogan, Justice William F Kuntz, Justice Carol Brodie, Michael Macco, Stim and Warmuth, Harvard Law School, University of Virginia Law School, University of Michigan Law School, Cornell Law School, University of Pennsylvania Law School, St. Francis College, University of Illinois at Champaign-Urbana, Harvard University, College of William and Mary, Williams College, NYU Law School, Brooklyn Law School, Columbia Law School, Fordham Law School, New York Times, New York Daily News, New York Post, Village Voice, New York Observer, New York Law Journal, Brooklyn Paper, Brooklyn Heights Blog, Brooklyn Eagle, ABC, NBC, CBS, NY1, CNN, NPR, 20/20, 60 MINUTES, NYU Prof Arthur Miller