UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------X
ERIC H. RICHMOND,

           Appellant,

    -against-                  14 Civ. 05957 (BMC)
                              14 Civ. 07112 (BMC)
P.B. #7, LLC,                15 Civ. 00447 (WFK)

           Appellee.
----------------------------------------X

**REQUEST FOR EXTENSION OF TIME TO FILE APPEAL**

Pursuant to **FRAP Rule 4. Appeal as of Right—When Taken**, the Appellant, *pro se*, hereby requests an extension of time to file an appeal from the orders dismissing appeals and denials of motions to reconsider dismissals in cases 14 Civ. 05957 (BMC), 14 Civ. 07112 (BMC) and 15 Civ. 00447 (WFK).

In cases 14 Civ. 05957 (BMC) and 14 Civ. 07112 (BMC) the 30th day is today, May 8th, 2015. In Case 15 Civ. 00447 (WFK) the 30th day is May 9th, 2015.

There has been no previous request for this relief.

The opposition counsel, Glenn P. Warmuth of Stim and Warmuth, was reached by phone today, May 8th, 2015 at 12:35 PM. I informed counsel of the intent to ask for an extension of time to appeal.

Counsel declined to consent. I asked why. Counsel declined to answer. I said that, pursuant to Judge Brian M. Cogan's and Judge William F Kuntz's rules, I was required to say why consent was declined. Counsel declined to answer.

Appellant request 30 days from the time that the previously filed requests for case numbers are provided as they, and other due process research, will take significant research time. In addition, despite the fervent belief that the forced affiliation with two Chapter 11 Appeals without notice and absent addressing the objection to the forced affiliation was shockingly inappropriate, that possible affiliation requires the Appellant to review a potential combined strategy with a non-party to this litigation.

DATE:     Brooklyn                              Sincerely,
           May 8, 2015
                                              Eric Richmond,
                                              Appellant, *pro se*
                                              brooklynlyceum@gmail.com

RECEIVED MAY 08 2015 PRO SE OFFICE

*FILED*
2015 MAY -8 PM 6:53
a rcd 5/14/15
CLERK
U.S. DISTRICT COURT
E.D.N.Y.
AFTER HOURS DROP BOX

USMS

520

Clerk of The Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

14-5957(BMC)
14-7112(BMC)
15-0447(WFK)

Eric Richmond
227 4th Avenue
Brooklyn, NY 11215