UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————————— X
ERIC H. RICHMOND,             :
                              :
            Appellant,        :
                              : 15 Civ. 0447 (WFK)
      -against-               :
P.B. #7, LLC,                 : **NOTICE OF MOTION**
                              :
            Appellee.         :
——————————————————————— X

PLEASE TAKE NOTICE that upon the annexed **MOTION TO RECONSIDER DENIAL OF MOTION TO EXTEND TIME TO APPEAL DISMISSAL OF APPEAL** dated June 12, 2015 of an **ORDER DENYING MOTION TO EXTEND TIME TO APPEAL DISMISSAL OF APPEAL** *entered* May 15, 2015 and **PROOF OF SERVICE** filed herewith, the undersigned Eric Richmond moves via these papers for **RECONSIDERATION** of the **ORDER DENYING MOTION TO EXTEND TIME TO APPEAL DISMISSAL OF APPEAL** *entered* May 15, 2015.

Dated: Brooklyn, New York - June 12, 2015     By: _____
                                              ERIC RICHMOND
                                              APPELLANT, PRO SE

To:

Glenn P. Warmuth, Esq. Stim & Warmuth, P.C.
2 Eighth Street Farmingdale, NY 11738

Michael Macco - Trustee
135 Pinelawn Road, #120 South
Melville, NY