UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
ERIC H. RICHMOND,                                            :
                                                             :
              Appellant,                             :
                                                             : 15 Civ. 0447 (WFK)
    -against-                                               :
P.B. #7, LLC,                                                :
              Appellee.                              :
------------------------------------------------------------ X

## AFFIRMATION IN SUPPORT OF MOTION TO RECONSIDER DENIAL OF MOTION TO EXTEND TIME TO APPEAL DISMISSAL OF APPEAL (DOCKET #10)

Appellant believes that the District Court has made clear errors and created manifest injustices. Had the District Court not made these clear errors or manifest injustices, the Court would have found differently, namely the District Court would have granted the reasonable request for more time to appeal.

As such we request that the court grant the motion to reconsider and any other relief that the court deems just and proper.

DATE: June 12, 2015                                          Sincerely,

                                                                            Eric Richmond
                                                                            Appellant, pro se