## CERTIFICATE OF SERVICE

I certify that on June 12, 2015, I served the foregoing **MOTION TO RECONSIDER MAY 15, 2015 DENIAL OF MOTION TO EXTEND TIME TO APPEAL DISMISSAL OF APPEAL** dated June 12, 2015 of an **ORDER DENYING MOTION TO EXTEND TIME TO APPEAL DISMISSAL OF APPEAL** via the regular United States mail on the following:


Glenn P. Warmuth, Esq. Stim & Warmuth, P.C.
2 Eighth Street Farmingdale, NY 11738

Michael Macco - Trustee
135 Pinelawn Road, #120 South
Melville, NY


Dated June 12, 2015     By: _____

ERIC RICHMOND
APPELLANT, PRO SE



Eric Richmond
227 4ᵗʰ Avenue
Brooklyn, NY 11215

15-0447 (WFK)

District Court
Clerk of the Court

*FILED*

2015 JUN 12  PM 9: 36

602

